AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Southern_____ District of _____New York_____

Richard J. Testa., Individually, and on behalf of
all others similarly situated

**SUMMONS IN A CIVIL ACTION**

V.

Merrill Lynch, Pierce, Fenner & Smith, Inc.,

CASE NUMBER: 07 CIV 8320

Judge Hellerstein

TO: (Name and address of Defendant)

Merrill Lynch, Pierce, Fenner & Smith, Inc.
C/O C T Corporation System
111 Eight Avenue
New York, New York, 10011

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John Halebian
500 Fifth Avenue
New York, NY 10110
Tel: (212) 608-1900
Fax: (212) 719-4775

an answer to the complaint which is served on you with this summons, within ___20 (twenty)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

SEP 24 2007

DATE

⚖AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE  10/10/2007 |
| NAME OF SERVER *(PRINT)*  Travis Carter | TITLE  Paralegal |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served:

    C T Corporation System
    111 Eight Avenue

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    10/10/2007
              *Date*           *Signature of Server*

                            500 Fifth Ave., 58th Flr., New York, NY, 10110
                            *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.