# MUNGER, TOLLES & OLSON LLP

355 SOUTH GRAND AVENUE
THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 683-9100
FACSIMILE (213) 687-3702

560 MISSION STREET
SAN FRANCISCO, CALIFORNIA 94105-2907
TELEPHONE (415) 512-4000
FACSIMILE (415) 512-4077

October 17, 2007

**BY FACSIMILE -- (212) 805-7942**

WRITER'S DIRECT LINE
(213) 683-9538
(213) 593-2838 FAX
Katherine.Forster@mto.com

The Honorable Alvin K. Hellerstein
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1050
New York, NY 10007

Re: Richard J. Testa v. Merrill Lynch, Pierce, Fenner & Smith, Inc.
U.S. District Court -- Case No. 07 CV 8320

Dear Judge Hellerstein:

I represent Merrill Lynch in the above-referenced matter and write to request an extension of time in which to respond to the complaint in this action. Opposing counsel has concurred in this request. The parties have mutually agree to an extension of time of 30 days from October 30, 2007, to and including November 29, 2007.

Sincerely,

Katherine M. Forster

KMF:mjw

cc: John Halebian
    Terry Sanchez

3801416.1