UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD J. TESTA, JR., Individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., JOHN DOES 1-50 (said names being fictitious individuals), and ABC CORPORATIONS 1-50 (said names being fictitious companies, partnerships, joint ventures and/or corporations),<br><br>Defendants. | Civil Action No. 07-cv-08320 (AKH)<br>ECF Case |

## NOTICE OF APPEARANCE

To the Clerk of the Court and all parties of record::

Kenneth A. Elan, a member in good standing in this Court, hereby enters his appearance as counsel of record on behalf of Plaintiff Richard J. Testa, Jr. in the above captioned matter.

Dated: New York, New York
November 16, 2007

Respectfully submitted,

Kenneth A. Elan (KAE1729)
217 Broadway, Suite 606
New York, NY 10007
Phone: (212) 619-0261
Fax:   (212) 385-2707