UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD J. TESTA, JR., individually, and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>        - against –<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., JOHN DOES 1-50 (said names being fictitious individuals), and ABC CORPORATIONS 1-50 (said names being fictitious companies, partnerships, joint ventures and/or corporations),<br><br>                    Defendants. | Civil Action No. 07 CV 8320 (AKH)<br><br><br>**FED. R. CIV. P. 7.1(a) DISCLOSURE STATEMENT OF DEFENDANT MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED** |

In accordance with Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant, a non-governmental party, represents that Merrill Lynch, Pierce, Fenner & Smith Incorporated's parent corporation is Merrill Lynch & Co., Inc., and certifies that (a) Merrill Lynch & Co., Inc., a publicly held corporation, directly or indirectly owns 10% or more of the securities of Merrill Lynch, Pierce, Fenner & Smith Incorporated, and (b) no publicly held corporation owns more than 10% of the stock of Merrill Lynch & Co., Inc.

Dated: November 29, 2007
        New York, New York

                            By:   /s/ *Lisa R. Norman*
                                A. Michael Weber (AW-8760)
                                Lisa R. Norman (LN-9725)
                                LITTLER MENDELSON
                                A Professional Corporation
                                885 Third Avenue, 16th Floor
                                New York, NY 10022.4834
                                (212) 583-9600

- 2 -

Terry E. Sanchez
(Cal. State Bar No. 101318, *application for admission pro hac vice to follow*)
Katherine M. Forster
(Cal. State Bar No. 217609, *application for admission pro hac vice to follow*)
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA  90071-1560
(213) 683-9100

Malcolm A. Heinicke
(Cal. State Bar No. 194174, *application for admission pro hac vice to follow*)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105-2907
(415) 512-4000

Attorneys for Defendant Merrill Lynch, Pierce, Fenner & Smith Incorporated