**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RICHARD J. TESTA, JR., individually, and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br> - against -<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., JOHN DOES 1-50 (said names fictitious individuals), and ABC CORPORATIONS 1-50 (said names being fictitious companies, partnerships, joint ventures and/or corporations,<br><br>     Defendants. | 07 CV 8320 (AKH)<br><br>**CERTIFICATE OF SERVICE** |

  Lisa Norman hereby declares and states:

  1. I am not a party to this action, am over the age of eighteen years, and reside in Brooklyn, New York.

  2. I hereby certify that on November 29, 2007, I electronically filed the Fed. R. Civ. P.7.1(a) Disclosure Statement of Defendant Merrill Lynch, Pierce, Fenner & Smith Inc. and Answer of Defendant Merrill Lynch, Pierce, Fenner & Smith Inc. with the Clerk of the District Court using the CM/ECF systems, which sent notification of such filing to the following:

**Adam C. Mayes**
Lovell Stewart Halebian LLP
500 Fifth Avenue
New York, NY 10110
(212) 608-1900
Fax: (212) 719-4775
Email: acmayes@nyct.net

**John Halebian**
Lovell Stewart Halebian LLP
500 Fifth Avenue
New York, NY 10110
(212) 608-1900
Fax: (212) 719-4677
Email: jhalebian@lshllp.com

**Kenneth A. Elan**
Kenneth A. Elan, Esq
217 Broadway
New York, NY 10007
(212)-619-0261
Fax: (212)-385-2707
Email: elanfirm@yahoo.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 29, 2007, in New York, New York.

                                                                    *s/Lisa R. Norman*
                                                                    Lisa R. Norman