**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RICHARD J. TESTA, JR., individually, and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br> - against -<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., JOHN DOES 1-50 (said names fictitious individuals), and ABC CORPORATIONS 1-50 (said names being fictitious companies, partnerships, joint ventures and/or corporations),<br><br>     Defendants. | 07 CV 8320 (AKH)<br><br>**NOTICE OF APPEARANCE** |

  **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for Defendant, MERRILL LYNCH, PIERCE, FENNER & SMITH, INC.

                Respectfully submitted,

Dated: December 12, 2007
   New York, New York

                 */s/A. Michael Weber*
                A. Michael Weber, Esq.

                LITTLER MENDELSON, P.C.
                885 Third Avenue, 16th Floor
                New York, New York 10022-4834
                Telephone: 212.583.9600

                mweber@littler.com