UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD J. TESTA, JR., individually, and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>-against-<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., JOHN DOES 1-50 (said names being fictitious individuals), and ABC CORPORATIONS 1-50 (said names being fictitious companies, partnerships, joint ventures and/or corporations),<br><br>       Defendants | Civil Action No. 07 CV 8320 (AKH)<br><br>**MOTION TO ADMIT COUNSEL PRO HAC VICE** |

Pursuant to Local Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, A. Michael Weber, a member in good standing of the bar of this Court and attorney for Defendant, Merrill Lynch, Pierce, Fenner & Smith, Inc. hereby move this Court for an Order allowing the admission pro hac vice of Terry E. Sanchez to assist in the representation of Defendant in this litigation.

| | |
|---|---|
| Applicant's Name: | Terry E. Sanchez |
| Firm Name: | Munger, Tolles & Olson LLP |
| Address: | 385 South Grand Avenue, 35th Floor |
| City/State/Zip: | Los Angeles, CA 90071-1560 |
| Phone Number: | (213) 683-9100 |
| Fax Number: | (212) 687-3702 |

Terry E. Sanchez is a member in good standing of the Bar of the State of California. There are no pending disciplinary proceedings against Mr. Sanchez in any State or Federal court.

-2-

Dated: December 21, 2007
New York, New York

                                            Respectfully Submitted,

                                            */s/ A. Michael Weber*

                                            A. Michael Weber (AW-8760)
                                            LITTLER MENDELSON
                                            A Professional Corporation
                                            885 Third Avenue, 16th Floor
                                            New York, NY 10022-4834
                                            (212) 583-9600
                                            (212) 832-2719 (fax)
                                            mweber@littler.com

                                            Attorney for Defendant
                                            Merrill Lynch, Pierce, Fenner & Smith, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD J. TESTA, JR., individually, and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>  -against-<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., JOHN DOES 1-50 (said names being fictitious individuals), and ABC CORPORATIONS 1-50 (said names being fictitious companies, partnerships, joint ventures and/or corporations),<br><br>       Defendants. | Civil Action No. 07 CV 8320 (AKH)<br><br>**AFFIDAVIT OF A. MICHAEL WEBER IN SUPPORT OF MOTION TO ADMIT TERRY E. SANCHEZ PRO HAC VICE** |

State of New York   )
          ) ss:
County of New York  )

**A. Michael Weber**, being duly sworn, deposes and says as follows:

1. I am a Shareholder with the law firm Littler Mendelson, P.C., resident in the firm's New York office, and a member of the bar of this Court. I submit this affidavit based on my personal knowledge of the facts set forth herein and in support of the motion of Defendant, pursuant to Rule 1.3(c) of the Rules of the United States District Courts for the Southern and Eastern Districts of New York, to permit Terry E. Sanchez to appear pro hac vice as an attorney for the Defendant in this action.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1973. I am also admitted to the bar of the United States District Court for the Southern and Eastern Districts of New York and am in good standing with these Courts.

3.  Mr. Sanchez is a Partner with the law firm of Munger, Tolles & Olson LLP resident in the firm's Los Angeles, California office. Upon information and belief, Mr. Sanchez is a member in good standing of the State Bar of California, having been admitted in 1981. No disciplinary proceedings have been instituted against him or are pending against him in any jurisdiction.

4.  Mr. Sanchez has assured me that he is familiar with all rules relevant to the practice of law in the United States District Court for the Southern District of New York.

5.  If Mr. Sanchez is admitted to practice before the Court pro hac vice, he has assured me that he will abide by the rules of this Court.

6.  Accordingly, I am pleased to move the admission of Terry E. Sanchez, pro hac vice.

7.  I hereby certify that the foregoing statements made by me are true. I understand that if any of the foregoing is willfully false, I am subject to punishment.

WHEREFORE, the undersigned respectfully requests that the motion to admit Terry E. Sanchez, pro hac vice, as attorney for the Defendant in this action, be granted.

Dated: December 21, 2007
New York, New York

Respectfully submitted,

By: _____
A. Michael Weber (AW-8760)

Sworn to before me
this 21st day of December 2007.

_____
Notary Public

GREGORY S. WEISS
Notary Public, State of New York
No. 02WE6130824
Qualified in New York County
Commission Expires Nov. 14, 2009

## AFFIRMATION OF SERVICE
## BY U.S. MAIL

STATE OF NEW YORK    )
                     ): ss:
COUNTY OF NEW YORK   )

     **Lisa R. Norman**, an attorney at law duly admitted to practice before this court, affirms the following under penalties of perjury:

1. I am not a party to this action, am over the age of eighteen years, and reside in New York, New York.

2. On December 28, 2007 I served the within **Motion To Admit Counsel Pro Hac Vice, Affidavit of A. Michael Weber In Support of the Motion, Certificate of Good Standing for Terry E. Sanchez, and Proposed Order for Admission Pro Hac Vice** in the instant case by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Postal Service addressed as follows:

| **Adam C. Mayes, Esq.** | **John Halebian, Esq.** | **Kenneth A. Elan** |
|---|---|---|
| Lovell Stewart Halebian LLP | Lovell Stewart Halebian LLP | Kenneth A. Elan, Esq. |
| 500 Fifth Avenue | 500 Fifth Avenue | 217 Broadway |
| New York, NY 10110 | New York, NY 10110 | New York, NY 10007 |

3. I am readily familiar with the Firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. The envelope above was sealed and will be deposited today with the United Postal Service in the ordinary course of business.

Dated: New York, New York
      December 28, 2007

                                                                             */s/ Lisa R. Norman*
                                                                 Lisa R. Norman (LN-9725)



# Supreme Court of California

FREDERICK K. OHLRICH
*Clerk of the Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### TERRY EDWARD SANCHEZ

*I, FREDERICK K. OHLRICH, Clerk of the Supreme Court of the State of California, do hereby certify that TERRY EDWARD SANCHEZ was on the 1ST day of DECEMBER 1981, duly admitted to practice as an attorney and counselor at law in all the courts of this state; and that his name now appears on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court, this 18th day of DECEMBER, 2007.*

FREDERICK K. OHLRICH
*Clerk of the Supreme Court*

By _____Joseph Cornetta_____
Joseph Cornetta, Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD J. TESTA, JR., individually, and on behalf of all others similarly situated,<br><br>                            Plaintiff,<br><br>-against-<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., JOHN DOES 1-50 (said names being fictitious individuals), and ABC CORPORATIONS 1-50 (said names being fictitious companies, partnerships, joint ventures and/or corporations),<br><br>                            Defendants. | Civil Action No. 07 CV 8320 (AKH)<br><br>**ORDER FOR ADMISSION**<br>**PRO HAC VICE ON WRITTEN**<br>**MOTION** |

A motion having been made by A. Michael Weber, counsel for Defendant Merrill Lynch, Pierce, Fenner & Smith, Inc., ("Merrill Lynch") for an Order pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York admitting Terry E. Sanchez pro hac vice to appear and practice in this Court in this action; and this Court, having reviewed the annexed Affidavit of A. Michael Weber,

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Terry E. Sanchez |
| Firm Name: | Munger, Tolles & Olson LLP |
| Address: | 385 South Grand Avenue, 35th Floor |
| City/State/Zip: | Los Angeles, CA 90071-1560 |
| Phone Number: | (213) 683-9100 |
| Fax Number: | (213) 683-3702 |

is admitted to practice pro hac vice as counsel for Defendant Merrill Lynch in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing

(ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:_____

New York, New York

                                **SO ORDERED:**

                                _____

                                United States District/Magistrate Judge