```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/10/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RICHARD J. TESTA, JR., individually, and on behalf of all others similarly situated,

                Plaintiff,

-against-

MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., JOHN DOES 1-50 (said names being fictitious individuals), and ABC CORPORATIONS 1-50 (said names being fictitious companies, partnerships, joint ventures and/or corporations),

                Defendants.

Civil Action No. 07 CV 8320 (AKH)

**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

---

A motion having been made by A. Michael Weber, counsel for Defendant Merrill Lynch, Pierce, Fenner & Smith, Inc., ("Merrill Lynch") for an Order pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York admitting Terry E. Sanchez pro hac vice to appear and practice in this Court in this action; and this Court, having reviewed the annexed Affidavit of A. Michael Weber,

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Terry E. Sanchez |
| Firm Name: | Munger, Tolles & Olson LLP |
| Address: | 385 South Grand Avenue, 35th Floor |
| City/State/Zip: | Los Angeles, CA 90071-1560 |
| Phone Number: | (213) 683-9100 |
| Fax Number: | (213) 683-3702 |

is admitted to practice pro hac vice as counsel for Defendant Merrill Lynch in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing

(ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: Jan 10, 2008
New York, New York

SO ORDERED:

_____
United States District/Magistrate Judge