## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD J. TESTA, JR., individually, and on behalf of all others similarly situated,<br><br>                Plaintiff,<br>   - against –<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., JOHN DOES 1-50 (said names being fictitious individuals), and ABC CORPORATIONS 1-50 (said names being fictitious companies, partnerships, joint ventures and/or corporations),<br><br>                Defendants. | Civil Action No. 07 CV 8320 (AKH)<br><br>ECF Case<br><br> |

### STIPULATION AND [~~PROPOSED~~] ORDER TEMPORARILY STAYING PROCEEDINGS

WHEREAS, the parties to this action have agreed on terms of a memorandum of understanding memorializing their agreement to settle this matter along with several other actions pending against Merrill Lynch in various jurisdictions;[1] and

WHEREAS, a temporary stay of proceedings in this matter will facilitate the efforts of the parties in all of these cases to complete a formal settlement agreement;

---

[1] Specifically, in addition to the instant case, the following actions will be resolved by the settlement: (1) *Palumbo v. Merrill Lynch, Pierce, Fenner & Smith, Inc.*, Eastern District of New York, CV 06-2104; (2) *France v. Merrill Lynch, Pierce, Fenner & Smith, Inc.*, United Eastern District of Pennsylvania, CV 06-00782; (3) *Reinhart v. Merrill Lynch, Pierce, Fenner & Smith, Inc.*, Eastern District of Washington, CV 06-3038; (4) *Loughlin v. Merrill Lynch, Pierce, Fenner & Smith, Inc.*, Eastern District of New York, CV 06-2835; and (5) *Bachrach v. Merrill Lynch, Pierce, Fenner & Smith, Incorporated*, District of New Jersey, Civil No. 06-02786 (JLL); (6) *Garrison v. Merrill Lynch, Pierce, Fenner & Smith Inc.*, Civil No. 06-3553 (JAG), District of New Jersey; (7) *Traitz v. Merrill Lynch, Pierce, Fenner & Smith Incorporated*, Civil No. 06-3788 (FSH), District of New Jersey; (8) *Howell v. Merrill Lynch, Pierce, Fenner & Smith Inc.*, CV 06-4872 (ADS), Eastern District of New York; (9) *Poole v. Merrill Lynch, Pierce, Fenner & Smith, Incorporated*, CV-06-1657 HA, District of Oregon; and (10) *Wendling v. Merrill Lynch, Pierce, Fenner & Smith, Inc.*, 6:06-CV-458, Eastern District of Texas.

4248834.1

The parties to this matter, through their counsel of record, having stipulated to the entry of an order as follows and good cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The scheduling conference in this matter currently set for February 1, 2008, is hereby taken off calendar;

2. All proceedings in this matter are hereby temporarily stayed; and

3. On or before March 31, 2008, the parties shall file a report to update the Court on the status of their settlement efforts.

IT IS STIPULATED AND AGREED that a facsimile or scanned copy of the signature(s) on this stipulation may be treated as an original for all purposes.

Dated: January 23, 2008       By: _____
                                   A. Michael Weber
                                   State Bar No. AW-8760
                                   LITTLER MENDELSON
                                   A Professional Corporation
                                   885 Third Avenue, 16th Floor
                                   New York, NY 10022
                                   212.583.9600 (Telephone)
                                   214.880.0181 (Fax)

                                   Terry E. Sanchez
                                   (Admitted *Pro Hac Vice*)
                                   California State Bar No. 101318
                                   Katherine M. Forster
                                   (Admitted *Pro Hac Vice*)
                                   California State Bar No. 217609
                                   (Attorneys-in-Charge)
                                   MUNGER, TOLLES & OLSON LLP
                                   355 S. Grand Ave., 35th Floor
                                   Los Angeles, CA 90071-1560
                                   213.683.9538 (direct)
                                   213.593.2838 (fax)

                                   Attorneys for Defendant Merrill Lynch,
                                   Pierce, Fenner & Smith, Incorporated

Dated: January 23, 2008

By: _____
John Halebian
State Bar No. JH-8005
Adam C. Mayes (AM-1101
LOVELL STEWART HALEBIAN LLP
500 Fifth Avenue
New York, NY 10110
212.608.1900 (Telephone)
212.719.4775 (Fax)

Kenneth A. Elan
State Bar No. KAE1729
217 Broadway, Suite 606
New York, NY 10007
212.619.0261 (Telephone)
212.385.2707 (Fax)

Attorneys for Plaintiff

SO ORDERED THIS 28 DAY OF Jan_____, 2008.

_____
ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE