UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD J. TESTA, JR., individually, and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>- against –<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., JOHN DOES 1-50 (said names being fictitious individuals), and ABC CORPORATIONS 1-50 (said names being fictitious companies, partnerships, joint ventures and/or corporations),<br><br>       Defendants. | Civil Action No. 07 CV 8320 (AKH)<br><br>ECF Case |

## STATUS REPORT

In connection with efforts to resolve this and several other actions asserting similar claims against defendant Merrill Lynch, Pierce, Fenner & Smith, Incorporated, the parties have stipulated to, and this Court entered, an order staying all proceedings in this action and providing that the parties should file a report on or before March 31, 2008, to update the Court on the status of their settlement efforts.

This status report is submitted in accordance with the Court's directive. The parties have executed a memorandum of understanding reflecting their agreement to settle the matters. At this time, the parties have agreed to all material terms and a final settlement agreement is being prepared for circulation and execution.

The parties respectfully request that all proceedings in this matter continue to be stayed so that they can obtain the signatures of all counsel on the formal settlement agreement

4732409.1

and proceed toward securing Court approval of the settlement. They propose that they report back to the Court regarding status on or before June 30, 2008.

Dated:  March 28, 2008	By: /s/ _____
A. Michael Weber
State Bar No. AW-8760
LITTLER MENDELSON
A Professional Corporation
885 Third Avenue, 16th Floor
212.583.9600 (Telephone)
214.880.0181 (Fax)

Terry E. Sanchez
(Admitted *Pro Hac Vice*)
California State Bar No. 101318
Katherine M. Forster
(Admitted *Pro Hac Vice*)
California State Bar No. 217609
(Attorneys-in-Charge)
MUNGER TOLLES & OLSON LLP
355 S. Grand Ave., 35th Floor
Los Angeles, CA 90071-1560
213.683.9538 (direct)
213.593.2838 (fax)

Attorneys for Defendant Merrill Lynch,
Pierce, Fenner & Smith Incorporated

Dated: March 28, 2008

By: _____
Kenneth A. Elan
State Bar No. KAE1729
217 Broadway, Suite 606
New York, NY 10007
212.619.0261 (Telephone)
212.385.2707 (Fax)

John Halebian
State Bar No. JH-8005
Adam C. Mayes (AM-1101
LOVELL STEWART HALEBIAN LLP
500 Fifth Avenue
New York, NY 10110
212.608.1900 (Telephone)
212.719.4775 (Fax)

Attorneys for Plaintiff