

COURTESY COPY
Original Filed By ECF

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

RICHARD J. TESTA, JR., individually, and on behalf of all others similarly situated,

Plaintiff,

     - against –

MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., JOHN DOES 1-50 (said names being fictitious individuals), and ABC CORPORATIONS 1-50 (said names being fictitious companies, partnerships, joint ventures and/or corporations),

Defendants.

Civil Action No. 07 CV 8320 (AKH)

**ECF Case**

**STATUS REPORT**



*So ordered*
*6-30-08*
*[signature]*

In connection with efforts to resolve this and several other actions asserting similar claims against defendant Merrill Lynch, Pierce, Fenner & Smith, Incorporated, the parties have stipulated to, and this Court entered, an order staying all proceedings in this action and providing that the parties should file a report on or before June 30, 2008, to update the Court on the status of their settlement efforts.

This status report is submitted in accordance with the Court's directive. The parties have executed a memorandum of understanding reflecting their agreement to settle the matters and have drafted and executed other settlement papers, including a settlement stipulation. The parties are currently considering settlement documents that would require application to the District of Oregon for preliminary, and then final, approval of a nationwide class and collective action settlement. However, certain issues have recently been raised by some of the plaintiffs'

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/1/08

counsel, since the last status report to the Court, that may preclude a settlement at this time. It should become clear in the next few weeks whether the proposed settlement will go forward.[1]

Accordingly, the parties respectfully request that all proceedings in this matter continue to be stayed so that they can determine whether certain final issues relating to the proposed settlement can be resolved. The parties propose that they report back to the Court regarding status on or before July 31, 2008.

Dated: June 26, 2008          By:        /s/

A. Michael Weber (AW-8760)
LITTLER MENDELSON
A Professional Corporation
885 Third Avenue, 16th Floor
212.583.9600 (Telephone)
214.880.0181 (Fax)

Terry E. Sanchez
(Admitted *Pro Hac Vice*)
California State Bar No. 101318
Katherine M. Forster
(Admitted *Pro Hac Vice*)
California State Bar No. 217609
(Attorneys-in-Charge)
MUNGER TOLLES & OLSON LLP
355 S. Grand Ave., 35th Floor
Los Angeles, CA 90071-1560
213.683.9538 (direct)
213.593.2838 (fax)

Attorneys for Defendant Merrill Lynch,
Pierce, Fenner & Smith Incorporated

---

[1] Nothing in this submission is intended to create or affect any right to withdraw or contest withdrawal from the Settlement.

Dated:  June 26, 2008                By:      /s/
                                              Kenneth A. Elan (KE 1729)
                                              217 Broadway, Suite 606
                                              New York, NY 10007
                                              212.619.0261 (Telephone)
                                              212.385.2707 (Fax)


                                              /s/
                                              John Halebian (JH-8005)
                                              Adam C. Mayes (AM-1101)
                                              LOVELL STEWART HALEBIAN LLP
                                              500 Fifth Avenue
                                              New York, NY 10110
                                              212.608.1900 (Telephone)
                                              212.719.4775 (Fax)

                                              Attorneys for Plaintiff