**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RICHARD J. TESTA, JR., individually, and on behalf of all others similarly situated,<br><br>        Plaintiff,<br>- against –<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., JOHN DOES 1-50 (said names being fictitious individuals), and ABC CORPORATIONS 1-50 (said names being fictitious companies, partnerships, joint ventures and/or corporations),<br><br>        Defendants. | Civil Action No. 07 CV 8320 (AKH)<br><br>**ECF Case**<br><br><br><br>**STATUS REPORT** |

    In connection with efforts to resolve this and several other actions asserting similar claims against defendant Merrill Lynch, Pierce, Fenner & Smith, Incorporated, the parties have stipulated to, and this Court entered, an order staying all proceedings in this action and providing that the parties should file a report on or before July 31, 2008, to update the Court on the status of their settlement efforts.

    This status report is submitted in accordance with the Court's directive. As previously reported, the parties executed a memorandum of understanding reflecting their agreement to settle the matters and drafted and executed other settlement papers, including a settlement stipulation. The parties are currently in the final stages of considering settlement documents that would require application to the District of Oregon for preliminary, and then final, approval of a nationwide class and collective action settlement. Although, as the last status report stated, certain issues had recently been raised by some of the plaintiffs' counsel, that might preclude a settlement at this time, the parties appear to be working through those issues

and are hopeful that they will be resolved. It should become clear in the next few weeks whether these issues can be resolved and the proposed settlement can go forward.[1]

Accordingly, the parties respectfully request that all proceedings in this matter continue to be stayed so that they can determine whether certain final issues relating to the proposed settlement can be resolved. The parties propose that they report back to the Court regarding status on or before September 15, 2008.

Dated: August 1, 2008        By:        /s/
                                    A. Michael Weber (AW-8760)
                                    Lisa R. Norman (LN-9725)
                                    LITTLER MENDELSON
                                    A Professional Corporation
                                    885 Third Avenue, 16th Floor
                                    212.583.9600 (Telephone)
                                    214.880.0181 (Fax)

                                    Terry E. Sanchez
                                    (Admitted *Pro Hac Vice*)
                                    California State Bar No. 101318
                                    Katherine M. Forster
                                    (Admitted *Pro Hac Vice*)
                                    California State Bar No. 217609
                                    (Attorneys-in-Charge)
                                    MUNGER TOLLES & OLSON LLP
                                    355 S. Grand Ave., 35th Floor
                                    Los Angeles, CA 90071-1560
                                    213.683.9538 (direct)
                                    213.593.2838 (fax)

                                    Attorneys for Defendant Merrill Lynch,
                                    Pierce, Fenner & Smith Incorporated

---

[1] Nothing in this submission is intended to create or affect any right to withdraw or contest withdrawal from the Settlement.

- 3 -

Dated: August 1, 2008        By:        /s/
                                        Kenneth A. Elan (KE 1729)
                                        217 Broadway, Suite 606
                                        New York, NY 10007
                                        212.619.0261 (Telephone)
                                        212.385.2707 (Fax)

                                                /s/
                                        John Halebian (JH-8005)
                                        Adam C. Mayes (AM-1101)
                                        LOVELL STEWART HALEBIAN LLP
                                        500 Fifth Avenue
                                        New York, NY 10110
                                        212.608.1900 (Telephone)
                                        212.719.4775 (Fax)

                                        Attorneys for Plaintiff